# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00117-CR

**Allen Jun Elvena, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-09-0563-SA, HONORABLE MARTIN (BROCK) JONES, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Allen Jun Elvena filed a motion requesting that this appeal be dismissed.

*See* Tex. R. App. P. 42.2(a).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   July 23, 2010

Do Not Publish